**Order entered October 3, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00932-CV

### SANDRA HALE, Appellant

### V.

### RISING S COMPANY LLC, GARY LYNCH, 28.3 AND CLYDE WAYNE SCOTT, Appellees

**On Appeal from the County Court at Law No. 1**
**Kaufman County, Texas**
**Trial Court Cause No. 100179-CC**

## ORDER

Appellant appeals from the trial court's August 6, 2019 order denying her motion to dismiss pursuant to the Texas Citizens Participation Act (TCPA). *See* TEX. CIV. PRAC. & REM. CODE ANN. § 27.003. The statute requires that a defendant obtain a hearing on the motion within certain clearly defined periods. *See id*. § 27.004.

It is unclear from the record before this Court whether the trial court conducted a hearing on appellant's TCPA motion. Accordingly, we **ORDER** the trial court to file, **within TWENTY DAYS** of the date of this order, written findings of fact as to: (1) whether it conducted a hearing on appellant's TCPA motion; and, if so (2) the date of that hearing and whether the hearing was recorded.

We **ORDER** Rhonda Hughey, Kaufman County District Clerk, to file, **within TWENTY-FIVE DAYS** of the date of this order, a supplemental clerk's record containing the trial court's written findings of fact.

Before the Court is appellant's September 23, 2019 motion to amend her brief regarding this Court's jurisdiction over the appeal. We **GRANT** the motion to the extent that the Court will consider the motion when determining its jurisdiction over this appeal.

We **DIRECT** the Clerk of this Court to send a copy of this order to the Honorable Tracy Gray, Presiding Judge of County Court at Law No.1; Ms. Hughey; and all parties.


/s/     BILL WHITEHILL
        JUSTICE